IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEREDITH CORPORATION, THE E.W. SCRIPPS COMPANY, SCRIPPS MEDIA, INC., HOAK MEDIA, LLC, HOAK MEDIA OF NEBRASKA, LLC, and HOAK MEDIA OF DAKOTA, LLC,<br><br>individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>SESAC, LLC and JOHN DOES 1-50,<br><br>       Defendants. | 09 Civ. 09177 (NRB) |

**NOTICE OF DEFENDANT SESAC LLC'S
MOTION TO DISMISS**

PLEASE TAKE NOTICE that, for the reasons set forth in the accompanying Memorandum of Law, defendant SESAC, LLC, by its attorneys Jenner & Block, moves this Court before the Honorable Naomi R. Buchwald, United States District Judge, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007, for a judgment and order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint against it with prejudice and without leave to amend, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Stipulation and Order entered by the parties, any brief in opposition to this motion shall be served within 40 days of today's filing, and any reply brief shall be served within 20 days thereafter.

- 2 -

| | |
|---|---|
| Dated: New York, New York<br>      May 17, 2010 | Respectfully submitted,<br><br>JENNER & BLOCK LLP<br><br><br>By:      s/ Susan J. Kohlmann<br>          SUSAN J. KOHLMANN<br><br>SUSAN J. KOHLMANN (SK 1855)<br>JENNER & BLOCK LLP<br>919 Third Avenue<br>37th Floor<br>New York, NY 10022<br>Phone:  (212) 891-1600<br>Fax:     (212) 909-0821<br><br>PAUL M. SMITH (PS 2362)<br>DAVID A. HANDZO (pro hac vice)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, N.W.<br>Suite 900<br>Washington, D.C. 20001<br>Phone:  (202) 639-6000<br>Fax:     (202) 639-6066<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I, Susan J. Kohlmann, an attorney, hereby certify and/or state on oath that the within Notice Of Defendant SESAC LLC'S Motion To Dismiss and Memorandum Of Law In Support Of Defendant SESAC LLC's Motion To Dismiss All Counts Of The Complaint was served on the below named individuals and law firm via the electronic filing system and email delivery on this 17th day of May, 2010

| | |
|---|---|
| Helene Debra Jaffe | Carrie M Anderson |
| Weil, Gotshal & Manges LLP (NYC) | Weil Gotshal & Manges LLP(DC) |
| 767 Fifth Avenue | 1300 Eye St. N.W., |
| Suite 3426C | Suite 900 |
| New York , NY 10153 | Washington , DC 20005 |
| Email: helene.jaffe@weil.com | Email: carrie.anderson@weil.com |

                                                    /s/Susan J. Kohlmann
                                                       Susan J. Kohlmann