UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEREDITH CORPORATION, THE E.W.
SCRIPPS COMPANY, SCRIPPS MEDIA,
INC., HOAK MEDIA, LLC, HOAK
MEDIA OF NEBRASKA, LLC, and
HOAK MEDIA OF DAKOTA, LLC,
individually and on behalf of all others
similarly situated,

    *Plaintiffs*,

v.

SESAC LLC and JOHN DOES 1-50,

    *Defendants*.

09 Civ. 9177 (PAE)

**MOTION FOR LEAVE TO WITHDRAW MATTHEW S. MCKENZIE AS COUNSEL FOR DEFENDANT SESAC LLC**

---

Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I, Matthew S. McKenzie, file this Motion for Leave to Withdraw my appearance as attorney for defendant SESAC LLC ("SESAC") in the above-captioned case. In support of this motion, I state as follows:

1. I, Matthew S. McKenzie, entered an appearance on behalf of SESAC in the above-captioned action and am identified as counsel to be noticed. As of August 15, 2014, I will no longer be employed by Jenner & Block LLP.

2. SESAC remains represented by the law firm of Jenner & Block LLP, and other attorneys from Jenner & Block LLP have entered appearances on behalf of SESAC in the above-captioned case.

3. I am not asserting a retaining or charging lien.

4. My withdrawal would not affect the case schedule in any way.

1

5. For the foregoing reasons, I respectfully request that this Court grant leave of my withdrawal as attorney for defendant SESAC. Attached hereto is a proposed order granting this motion.

August 14, 2014

_Matthew S. McKenzie_

Matthew S. McKenzie