## JOSEPH HAGE AARONSON LLC

485 LEXINGTON AVENUE

NEW YORK, NEW YORK 10017

(212) 407-1200

WWW.JHA.COM

GREGORY P. JOSEPH
DIRECT DIAL: (212) 407-1210
DIRECT FAX: (212) 407-1280
EMAIL: gjoseph@jhany.com

September 15, 2014

**By ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 100007

Re: *Meredith Corporation, et al. v. SESAC, LLC, et al.*, No. 09 Civ. 9177 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

We write jointly on behalf Plaintiffs and Defendant SESAC, LLC in the above-referenced proceedings, to respectfully advise the Court that the parties have executed an agreement in principle for the settlement of all claims in this action. The parties expect to present a class action settlement agreement to the Court for preliminary approval on or about October 15, 2014.

Accordingly, pursuant to the Court's Order of September 10, 2014, the parties therefore request that the Court restore the action to the Court's Calendar.

Respectfully submitted,

Gregory P. Joseph
Joseph Hage Aaronson LLC
Counsel for Defendant SESAC, LLC

Steven A. Reiss
Weil, Gotshal & Manges LLP
Counsel for Plaintiffs

GPJ/754077