# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MEREDITH CORPORATION, et al.

v.

SESAC, LLC, et al.

Case No. 09 Civ. 9177 (PAE)

## CERTIFICATE OF SERVICE

I, Kaj Rozga, an attorney, hereby certify and/or state on oath that the within Notice of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement; Memorandum of Law; and Declaration of Eric S. Hochstadt, dated October 15, 2014, and the exhibits submitted therewith, were served on the below named individuals via hand delivery and ECF this 15th day of October, 2014:

Gregory P. Joseph
JOSEPH HAGE AARONSON LLC
485 Lexington Avenue
30th Floor
New York, NY 10017
Phone: (212) 407-1210
Fax:    (212) 407-1280

_____
Kajetan Rozga