UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    MEREDITH CORP. et al.,

                                 Plaintiffs,                09 Civ. 9177 (PAE)

                -v-                                         ORDER

    SESAC, LLC et al.,

                                Defendants.
------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/14
```

PAUL A. ENGELMAYER, District Judge:

    The Court has received an unopposed motion from plaintiffs seeking, *inter alia*, leave to file a Second Amended Complaint and preliminary approval of the proposed class-action settlement in this case, see Dkt. 173, and various supporting materials, see Dkt. 174, 175. In reviewing these submissions, the Court observed that the proposed settlement class is broader than the putative class as previously defined. Specifically, the settlement class now includes stations owned and operated by the ABC and CBS television networks and by NBCUniversal Media, LLC. These stations had been expressly excluded from the class as defined in the First Amended Complaint ("FAC"). *See* FAC ¶ 68 (class "exclude[es] the owned and operated affiliated stations of the ABC, CBS, and NBC networks").

    The Court fully expects shortly to grant plaintiffs' unopposed motion and to provisionally certify the settlement class and grant preliminary approval of the settlement. However, to facilitate the Court's review and its understanding of the pertinent issues, the Court directs the parties to submit a joint letter explaining (1) the reasons for expanding the class definition; and

1

(2) why expanding the class does not present fairness concerns for either the existing members of the class or the stations that plaintiffs propose to add. Such a letter is due by Tuesday, October 28, 2014.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 21, 2014
        New York, New York