UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MEREDITH CORP. et al.,

                          Plaintiffs,                 09 Civ. 9177 (PAE)

               -v-                                          ORDER

SESAC, LLC et al.,

                          Defendants.

------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 10/31/14 |

PAUL A. ENGELMAYER, District Judge:

    Due to counsels' scheduling conflicts, the Court will adjourn the previously scheduled fairness hearing for March 6, 2015, at 2 p.m. The hearing is now scheduled for March 13, 2015, at 11 a.m. To facilitate dissemination to class members, the Court will issue a revised preliminary approval order, containing the new date.

    SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: October 31, 2014
       New York, New York