UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MEREDITH CORPORATION, et al. | : | |
| | : | Case No. 09 Civ. 9177 (PAE) |
| v. | : | |
| | : | |
| SESAC LLC, et al. | : | |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ.
ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1. My name is Stephanie J. Fiereck, Esq. I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Legal Notice Manager for Epiq Legal Noticing, a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3. Epiq Legal Noticing is a division of Epiq Systems ("Epiq"), a firm with more than 20 years of experience in claims processing and settlement administration. Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

## CAFA NOTICE IMPLEMENTATION

5.  At the direction of counsel for the Defendant SESAC, LLC, 57 officials, which included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia and U.S. Territories were identified to receive the CAFA notice.

6.  Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice. Prior to mailing, the 57 names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.  On October 24, 2014, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed by certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and U.S. Territory officials. The Notice was also sent by United Parcel Service ("UPS") to the Attorney General of the United States. The CAFA Notice Service List (USPS Certified Mail and UPS) is attached hereto as **Attachment 1**.

8.  The materials sent to the Attorneys General included a cover letter, which provided notice of the proposed settlement of the above-captioned matter. The cover letter is attached hereto as **Attachment 2**.

9.  The cover letter was accompanied by a CD, which included the following:

    a.  Class Action Complaint and First Amended Class Action Complaint;

    b.  Settlement Agreement (with all exhibits);

    c.  [Proposed] Final Judgment and Order of Dismissal (Settlement Agreement, Exhibit D);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the quality of their ZIP + 4, CRIS and 5-digit coding accuracy.

   d. [Proposed] Settlement Class Notice (Settlement Agreement, Exhibit E);

   e. Related Orders in the Case; and

   f. Geographic Location of Class Members.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2014.

                  */s/ Stephanie J. Fiereck*
                  Stephanie J. Fiereck, Esq.

# Attachment 1

# CAFA Notice Service List
## USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Michael C Geraghty | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Luther Strange | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Dustin McDaniel | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| Office of the Attorney General | Tom Horne | 1275 West Washington St | | Phoenix | AZ | 85007 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | John W Suthers | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | George Jepsen | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Irvin B Nathan | 441 4th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Joseph R Biden III | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Pam Bondi | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Sam Olens | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | David M Louie | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Lisa Madigan | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Greg Zoeller | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Jack Conway | Capitol Ste 118 | 700 Capitol Ave | Frankfort | KY | 40601 |
| Office of the Attorney General | James D Caldwell | 1885 N Third St | | Baton Rouge | LA | 70802 |
| Office of the Attorney General | Martha Coakley | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Douglas F Gansler | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Janet T Mills | 6 State House Sta | | Augusta | ME | 04333 |
| Department of Attorney General | Bill Schuette | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Lori Swanson | 1400 Bremer Tower | 445 Minnesota St | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Chris Koster | PO Box 899 | | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Jim Hood | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Tim Fox | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Roy Cooper | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Office of the Attorney General | Jon Bruning | 2115 State Capitol | | Lincoln | NE | 68509 |
| Office of the Attorney General | Joseph Foster | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | John Jay Hoffman | 8th Fl West Wing | 25 Market St | Trenton | NJ | 08625 |
| Office of the Attorney General | Gary K King | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Catherine Cortez Masto | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Eric T Schneiderman | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Mike DeWine | 30 E Broad St 14th Fl | | Columbus | OH | 43215 |
| Office of the Attorney General | E Scott Pruitt | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Kathleen G Kane | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter Kilmartin | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | Rembert Dennis Office Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| Office of the Attorney General | Marty J Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Greg Abbott | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 900 E Main St | | Richmond | VA | 23219 |
| Office of the Attorney General | William H Sorrell | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | PO Box 40100 | | Olympia | WA | 98504 |
| Office of the Attorney General | JB Van Hollen | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E-26 | Charleston | WV | 25305 |
| Office of the Attorney General | Peter K Michael | 123 Capitol Bldg | 200 West 24th St | Cheyenne | WY | 82002 |
| Office of the Attorney General | Talauega Eleasalo V. Ale | Utulei Territory of American Samoa | PO Box 7 | Pago Pago | AS | 96799 |
| Attorney General Office | Leonardo M Rapadas | ITC Building | 590 S Marine Corps Dr Ste 706 | Tamuning | GU | 96913 |
| Office of the Attorney General | Gilbert Birnbrich | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| Office of the Attorney General | Cesar R. Miranda-Rodriguez | Apartado 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Vincent Frazer | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Eric H Holder Jr | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

# Attachment 2

NOTICE ADMINISTRATOR FOR UNITED STATES DISTRICT COURT

HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqsystems.com

October 24, 2014

Dear Sir or Madame:

| Class Action Fairness Act – Notice to Federal and State Officials |
|---|

As required by the "Class Action Fairness Act," 28 U.S.C. §1715(b), please take note of a proposed settlement.  This notice has been sent by the defendant noted below:

- **Case:** Meredith Corporation, et al. v. SESAC, LLC, et al., Case No. 09 Civ. 9177 (PAE).

- **Court:**  United States District Court for the Southern District of New York.

- **Defendant:**  SESAC, LLC.

- **Judicial Hearing Scheduled:**  At this time, a Final Approval Hearing has not been scheduled by the Court.  At the time of the hearing, these matters may be continued without further notice.

- **Documents Enclosed:**  Copies of the following documents are contained on the enclosed CD in Adobe Acrobat PDF format.  If you do not have Acrobat it may be obtained for free at http://www.adobe.com/products/acrobat/readstep2.html:

    o  Class Action Complaint and First Amended Class Action Complaint;

    o  Settlement Agreement (with all exhibits);

    o  [Proposed] Final Judgment and Order of Dismissal (Settlement Agreement, Exhibit D);

    o  [Proposed] Settlement Class Notice (Settlement Agreement, Exhibit E);

    o  Related Orders in the Case; and

    o  Geographic Location of Class Members.

Enclosures