IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

MEREDITH CORPORATION, et al.          :
                                      :
                                      :
              v.                      :   Case No. 09 Civ. 9177 (PAE)
                                      :
SESAC, LLC, et al.                    :
_____

**NOTICE OF CLASS COUNSEL'S MOTION FOR
AWARD OF ATTORNEY'S FEES AND EXPENSES**

PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP, counsel for Plaintiffs and the Settlement Class, moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an order awarding attorney's fees and expenses in the amount of $16 million.

PLEASE TAKE NOTICE that this Motion is based upon the accompanying Memorandum of Law and the Declarations of Will Hoyt and R. Bruce Rich, as well as the pleadings, papers, and decisions filed in this proceeding, and any additional reply papers or argument the Court requests at the final approval hearing for the proposed class action settlement currently scheduled for March 13, 2015 at 11:00 A.M.

PLEASE TAKE NOTICE that a proposed order to grant, among other things, the relief sought in this Motion was submitted to the Court as Exhibit D to the Settlement Agreement filed on October 15, 2014 [Dkt. No. 175-1, [Proposed] Final Judgment and Order of Dismissal, ¶ 14].

PLEASE TAKE FURTHER NOTICE that counsel for Plaintiffs and the Settlement Class has conferred with counsel for SESAC and SESAC does not oppose this Motion.

Dated: November 20, 2014
       New York, New York

                                                Respectfully submitted,

                                                By: <u>/s Steven A. Reiss</u>

                                                STEVEN A. REISS
                                                R. BRUCE RICH
                                                BENJAMIN E. MARKS
                                                ERIC S. HOCHSTADT
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, N.Y. 10153
                                                (212) 310-8000

                                                CARRIE MAHAN ANDERSON
                                                WEIL, GOTSHAL & MANGES LLP
                                                1300 Eye Street, N.W.
                                                Washington, D.C. 20005
                                                (202) 682-7000

                                                *Counsel for Plaintiffs*
                                                *and the Settlement Class*