IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

MEREDITH CORPORATION, et al.              :
                                          :
                                          :
               v.                         :    Case No. 09 Civ. 9177 (PAE)
                                          :
SESAC, LLC, et al.                        :
_____

NOTICE OF PLAINTIFFS' UNOPPOSED
MOTION FOR FINAL APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that Meredith Corporation, The E.W. Scripps Company, Scripps Media, Inc., Gray Television Group, Inc., individually and on behalf of all other similarly situated local television stations, by their attorneys Weil, Gotshal & Manges LLP, move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Courthouse, 40 Foley Square, New York, NY 10007, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure granting final approval of the proposed class action settlement to resolve this lawsuit.

PLEASE TAKE NOTICE that this Motion is based upon the accompanying Memorandum of Law and the Declaration of Teeravat Pawasittichot, as well as the pleadings, papers, and decisions filed in this proceeding, and any additional argument the Court requests at the final approval hearing for the proposed class action settlement currently scheduled for March 13, 2015 at 11:00AM.  Plaintiffs have enclosed for the Court's consideration a [Proposed] Final Judgment and Order of Dismissal, previously submitted in support of preliminary approval as

Exhibit D to the settlement agreement [Dkt 175-1], which has been solely updated to reflect the date of preliminary approval by this Court, but is otherwise unchanged.

PLEASE TAKE FURTHER NOTICE that counsel for Plaintiffs and the Settlement Class has conferred with counsel for SESAC and SESAC does not oppose this Motion.

Dated: December 22, 2014
New York, NY

Respectfully submitted,

By: /s/ Steven A. Reiss

STEVEN A. REISS
R. BRUCE RICH
BENJAMIN E. MARKS
ERIC S. HOCHSTADT
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, N.Y. 10153
(212) 310-8000

CARRIE MAHAN ANDERSON
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005
(202) 682-7000

*Counsel for Plaintiffs
and the Settlement Class*