**Weil, Gotshal & Manges LLP**

VIA ECF & HAND DELIVERY

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Steven A. Reiss
+1 (212) 310-8174
steven.reiss@weil.com

February 17, 2015

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Meredith Corp. et al. v. SESAC, LLC et al.*, No. 09 Civ. 9177 (PAE) (S.D.N.Y.)

Dear Judge Engelmayer:

I write on behalf of the Television Music License Committee ("TMLC") in its role as the claims administrator for the settlement fund in this action. Over the past few months, the TMLC, supervised by class counsel, has calculated the refund amounts to settlement class members and worked with the escrow agent so that the settlement fund can, if authorized by the Court, be distributed accurately and in a timely fashion pursuant to the proposed plan of allocation. To ensure that the refund payments are distributed to the settlement class member's desired recipient and in the payment method desired, as well as to ensure proper tax accounting records for the fund, the TMLC needs to know some basic additional information from settlement class members.

Accordingly, the TMLC respectfully requests that the Court authorize the dissemination of the enclosed forms to obtain this additional information. We will be prepared to discuss any questions the Court may have about this request at tomorrow's hearing as well.

Sincerely,

Steven A. Reiss

cc: Counsel for SESAC (via ECF)
    Settlement Class (via TMLC website page for publication notice)

# TELEVISION MUSIC LICENSE COMMITTEE, LLC

## SESAC Antitrust Class Action Settlement Refund Payments

*A Federal Court authorized this communication.*

The Television Music License Committee (TVMLC) has been designated by the Court as the administrator of the settlement fund established in the SESAC antitrust class action lawsuit.

If the Court grants final approval of the settlement, the TVMLC will distribute the fund according to the allocation plan proposed to the Court.  A copy of that plan, as well as other settlement-related documents, have been available on the TVMLC's website at: https://tvmlc.com/sesac/sesac-settlement/

In order for the TVMLC to distribute the funds as quickly and efficiently as possible, the TVMLC needs to know:

1) the name and address of the individual who should be sent your station's refund payment;

2) if you would like to receive your station's refund as an ACH electronic payment instead of a physical check sent in the mail, then we need your station's bank account and routing number; and

3) if the owner of your station is not a "C" corporation, then we need the owner's Federal Tax ID number in order to report the amount of your station's refund payment for your 2015 taxes on a 1099 report form.

---

**What to do –** Complete the enclosed form by [INSERT DATE: 21 DAYS AFTER NOTICE IS SENT] and send it:

by e-mail to: tee@televisionmusic.com

or

by mail to: TV Music License Committee, LLC, 1483 York Ave., #20623, New York, NY, 10075


Questions? – Contact Alixandra Steier at 301.961.1970 or email her at alix@televisionmusic.com.

# TELEVISION MUSIC LICENSE COMMITTEE, LLC

## SESAC Antitrust Class Action Settlement Refund Payments - Individual Station Form

Date (MM/DD/YYYY)

[                    ]

**Station Information**

Contact Person

[                    ]

Phone Number

[                    ]

Email Address

[                    ]

Federal Tax ID Number (The Tax ID # is required only if your station or group owner is not a "C" corporation)

[                    ]

Group/Station Owner

[                    ]

Station Call Letters

[          ]

Market/DMA

[                    ]

---

**Payment Information for Refund**

Contact Person

[                    ]

Business Name

[                    ]

Street Address

[                    ]

Street Address Line 2

[                    ]

City

[                    ]

State

[          ]

Zip Code

[          ]

For ACH Payment:      Bank Account Number

[                    ]

Routing Number

[                    ]

---

**PLEASE SEND COMPLETED FORM BY EMAIL TO TEE@TELEVISIONMUSIC.COM
OR SEND VIA MAIL TO:
TV MUSIC LICENSE COMMITTEE, LLC, 1483 YORK AVE., #20623, NY, NY 10075**

# TELEVISION MUSIC LICENSE COMMITTEE, LLC

*A Federal Court authorized this communication.*

February __, 2015

To:       Local Television Stations

From:   Television Music License Committee

Subject:  Group Payment for SESAC Antitrust Class Action Settlement Refunds

The Television Music License Committee (TVMLC) has been designated by the Court as the administrator of the settlement fund established in the SESAC antitrust class action lawsuit.

If the Court grants final approval of the settlement, the TVMLC will distribute the fund according to the allocation plan proposed to the Court.  A copy of that plan, as well as other settlement-related documents, have been available on the TVMLC's website at https://tvmlc.com/sesac/sesac-settlement/.

In order for the TVMLC to distribute the funds as quickly and efficiently as possible to the stations owned by you, please let us know if you would like us to issue a single payment (check or ACH) for the total amount of the refunds.  This would significantly expedite the processing of the refund amounts due your stations.

If you would like your stations  to receive a single group payment, please complete the attached form and return it to tee@televisionmusic.com via email.  We will provide you with the individual station amounts when we issue the group payment.

If you are not a legal "C" corporation, please include the Tax ID number for your organization.  We will need this number for tax reporting purposes in order to issue the payment.

Please return your Group Form by [INSERT DATE: 10 DAYS AFTER NOTICE IS SENT].

Thank you for your cooperation.

# TELEVISION MUSIC LICENSE COMMITTEE, LLC

## SESAC Antitrust Class Action Settlement Refund Payments - Group Form

This form is for groups that own two or more stations and would like their refunds issued as a group.  The Tax ID # is required only if you are not a "C" corporation

Submit Completed Form by [INSERT DATE: 10 DAYS AFTER NOTICE IS SENT] to tee@televisionmusic.com

For more information on the SESAC Settlement please visit https://tvmlc.com/sesac/sesac-settlement/

Questions?  Contact Alixandra Steier at 301.961.1970 or email her at alix@televisionmusic.com

Date (MM/DD/YYYY)

### Station Information

Contact Person

Phone Number

Email Address

Federal Tax ID Number (The Tax ID # is required only if your station or group owner is not a "C" corporation)

Group/Station Owner

Station Call Letters

Market/DMA

### Payment Information for Refund

Contact Person

Business Name

Street Address

Street Address Line 2

City

State

Zip Code

For ACH Payment:

Bank Account Number

Routing Number

**PLEASE SEND COMPLETED FORM BY EMAIL TO TEE@TELEVISIONMUSIC.COM
OR  SEND VIA MAIL TO:
TV MUSIC LICENSE COMMITTEE, LLC, 1483 YORK AVE., #20623, NY, NY 10075**

Please Enter All Stations Owned by Group -

| Station Call Letters | Market/DMA |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Please Enter All Stations Owned by Group -

| Station Call Letters (Page 2) | Market/DMA (Page 2) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please Enter All Stations Owned by Group -

| Station Call Letters (Page 3) | Market/DMA (Page 3) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |